AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Max'is Creations Inc. <br> *Plaintiff(s)* <br><br> v. <br><br> BYTECH IP HOLDINGS LLC, BYTECH NY, INC., and ROSS STORES, INC. <br> *Defendant(s)* | Civil Action No. 1:26-cv-21601 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bytech IP Holdings LLC
c/o Registered Agent: The LLC
2585 West 13th Street
Brooklyn, NY 11223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, Florida 33433
561.404.4350
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2026

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Max'is Creations Inc. <br> *Plaintiff(s)* <br> v. <br> BYTECH IP HOLDINGS LLC, BYTECH NY, INC., and ROSS STORES, INC. <br> *Defendant(s)* | Civil Action No. 1:26-cv-21601 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bytech NY, Inc.
2585 West 13th Street
Brooklyn, NY 11223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, Florida 33433
561.404.4350
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2026



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Max'is Creations Inc. <br> *Plaintiff(s)* <br><br> v. <br><br> BYTECH IP HOLDINGS LLC, BYTECH NY, INC., and ROSS STORES, INC. <br> *Defendant(s)* | Civil Action No. 1:26-cv-21601 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ross Stores, Inc.
c/o Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 212
Boca Raton, Florida 33433
561.404.4350
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2026

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

SUMMONS